FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

August 13, 2021

No. 04-20-00028-CV

**181 SOUTH HOMES INC.** and Ricardo Canales,
Appellants

v.

**HENRY GARIBAY, INDIVIDUALLY**, and d/b/a Hengar Unlimited,
Appellees

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CI07741
Honorable Angelica Jimenez, Judge Presiding

# O R D E R

The Agreed Motion for Extension of Time to File Motions for Rehearing is hereby **GRANTED**. The parties' motions for rehearing are due **on or before October 1, 2021.**

_____
Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 13th day of August, 2021.



_____
MICHAEL A. CRUZ, Clerk of Court